Case 11-27590   Doc 10   Filed 07/07/11   Entered 07/11/11 07:21:58   Desc Main
Document   Page 1 of 1

11-27590:7.0:Application to Proceed In Forma Pauperis:Main Document Entered: 7/1/2011 12:27:42 PM by:Elizabeth Stuart Page 4 of 4

B3B (Official Form 3B) (12/07) -- Cont.

# United States Bankruptcy Court
## __Northern__ District of __Illinois__

In re: __Raymond Smith__  Case No. __11B27590__
Debtor(s)

## ORDER ON DEBTOR'S APPLICATION FOR WAIVER OF THE CHAPTER 7 FILING FEE

Upon consideration of the debtor's "Application for Waiver of the Chapter 7 Filing Fee," the court orders that the application be:

[ ] GRANTED.

This order is subject to being vacated at a later time if developments in the administration of the bankruptcy case demonstrate that the waiver was unwarranted.

[✓] DENIED. __Because the Debtor did not answer questions in Part D.__

The debtor shall pay the chapter 7 filing fee according to the following terms:

$ __75.00__ on or before __7-21-11__
$ __75.00__ on or before __8-5-11__
$ __75.00__ on or before __8-19-11__
$ __74.00__ on or before __9-6-11__

Until the filing fee is paid in full, the debtor shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

IF THE DEBTOR FAILS TO TIMELY PAY THE FILING FEE IN FULL OR TO TIMELY MAKE INSTALLMENT PAYMENTS, THE COURT MAY DISMISS THE DEBTOR'S CASE.

[ ] SCHEDULED FOR HEARING.

A hearing to consider the debtor's "Application for Waiver of the Chapter 7 Filing Fee" shall be held on _____ at _____ AM/PM _____
(address of courthouse)

IF THE DEBTOR FAILS TO APPEAR AT THE SCHEDULED HEARING, THE COURT MAY DEEM SUCH FAILURE TO BE THE DEBTOR'S CONSENT TO THE ENTRY OF AN ORDER DENYING THE FEE WAIVER APPLICATION BY DEFAULT.

DATE: __7-7-11__

BY THE COURT:
J. Cox   _Jacqueline P. Cox_
United States Bankruptcy Judge